People of the State of Illinois ex rel. Johanna K. Salomon et al., Appellees, v. Edward J. Kelly, Mayor of the City of Chicago, et al., Appellants. Gen. No. 41,418.

People of the State of Illinois ex rel. Edna Clennon et al., Appellees, v. Edward J. Kelly, Mayor of the City of Chicago, et al., Appellants. Gen. No. 41,419.

People of the State of Illinois ex rel. Salavatore Gallachio et al., Appellees, v. Edward J. Kelly, Mayor of the City of Chicago, et al., Appellants. Gen. No. 41,420.

People of the State of Illinois ex rel. Carroll D. Keeler et al., Appellees, v. Edward J. Kelly et al., Appellants. Gen. No. 41,480.

Gen. Nos. 41,418, 41,419, 41,420, 41,480

opinions filed March 11, 1941. Barnet Hodes, Corporation Counsel, for appellants; J. Herzl Segal, Assistant Corporation Counsel, of counsel; Mason & Mason, George A. Mason, Isaac B. Lipson, Medard A. Kunz and Aaron Soble, for appellees; George A. Mason, of counsel. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''